UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT CHANCELLOR, M.D., | Case No. 2:15-cv-01707-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| ROBERT LEGARZA, et al., | |
| Defendants. | |

This matter is before the court's review of the docket in this case. Plaintiff Robert Chancellor, M.D. ("Chancellor") filed the Complaint (Dkt. #1) on September 4, 2015. No answer has been filed. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Plaintiff Chancellor shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Plaintiff Chancellor must promptly file a supplemental notice upon any change in the information contained in the notice.

Accordingly,

**IT IS ORDERED** that Plaintiff Chancellor shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent

/ / /

/ / /

/ / /

/ / /

1

1 corporations) that have a direct, pecuniary interest in the outcome of the case **no later than**
2 **October 13, 2015.** Failure to comply may result in the issuance of an order to show cause why
3 sanctions should not be imposed.

    DATED this 21st day of September, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE