AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Robert Chancellor, M.D.

Plaintiff,

V.

Richard Legarza, et al.

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-01707-JAD-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of defendants against plaintiff pursuant to Order #31 entered 7/14/2016.

July 14, 2016 /s/ Lance S. Wilson

Date Clerk

/s/ Justin Matott

(By) Deputy Clerk